

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00847-CV

Joe **MINIHAN** and Sharon Minihan,
Appellants

v.

Martin **O'NEILL**, and Suzanne O'Neill, Individually,
and as Executrix of the Estate of Richard Wayne Bendele,
Appellees

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-15-0000423
Honorable James L. Rex, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that Appellees Martin O'Neill, and Suzanne O'Neill, Individually, and as Executrix of the Estate of Richard Wayne Bendele, recover their costs of appeal from Appellants Joe Minihan and Sharon Minihan.

SIGNED January 29, 2020.

_Irene Rios_
Irene Rios, Justice